**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

MAWAMI BARBER                                          :

      Petitioner                            :          Civil Action No. JFM-08-3074
                                                                          Criminal Case No. JFM-00-429
v                                                              :

UNITED STATES OF AMERICA            :

      Respondent                          :

**<u>MEMORANDUM</u>**

      Mawami Barber, a federal prisoner proceeding pro se, has filed the instant Motion to

Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255.  Paper No. 36, Criminal

No. JFM-00-429.  For the reasons that follow, the motion must be dismissed without prejudice

for lack of jurisdiction.

      The instant motion is a successive §2255 challenge to petitioner's convictions.[1]   As such,

the motion may not be considered absent leave to do so from the United States Court of Appeals

for the Fourth Circuit. *See* 28 U.S.C. §§2244(b)(3)(A)& 2255; *In re Avery W. Vial*, 115 F.3d

1192, 1194 (4th Cir. 1997) (*en banc*).  Under 28 U.S.C. §2255:

> A second or successive motion must be certified  as
> provided in section 2244 by a panel of the
> appropriate court of appeals to contain–(1) newly
> discovered evidence that, if proven and viewed in
> light of the evidence as a whole, would be sufficient
> to establish by clear and convincing evidence that
> no reasonable fact finder would have found the
> movant guilty of the offense; or (2) a new rule of
> constitutional law, made retroactive to cases on
> collateral review by the Supreme Court, that was

---

[1]Petitioner's first §2255 motion, filed April 22, 2002, was denied by memorandum and order dated July 24, 2002. Paper Nos. 18, 23 and 24. He filed another § 2255 motion on October 4, 2004, which was dismissed on October 7, 2004.  Papers Nos. 33-35.

previously unavailable.

Petitioner has not received the proper certification from the Fourth Circuit. Consequently, this court may not consider the merits of his claim.

The United States Court of Appeals for the Fourth Circuit has set forth instructions for the filing of a motion to obtain the aforementioned authorization order.  The procedural requirements and deadlines for filing the motion are extensive.  The Clerk shall attach hereto a packet of instructions promulgated by the Fourth Circuit which addresses the comprehensive procedure to be followed should petitioner wish to seek authorization to file a successive petition with the appellate court.  It is to be emphasized that petitioner must file his pleading with the Fourth Circuit Court of Appeals and obtain authorization to file his successive petition before this court may examine his claims. Since petitioner has failed to comply with the procedural requirements for a successive petition, the motion will be dismissed without prejudice by separate order.

December 8, 2008

/s/_____
 J. Frederick Motz
United States District Judge